# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| KEITH MASON, on behalf of himself and others similarly situated, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>ATLANTA BEVERAGE COMPANY, )<br>)<br>_____ ) | NO. 1:17-cv-02293-TWT |

## ORDER APPROVING SETTLEMENT AGREEMENT AND DISMISSING THIS ACTION WITH PREJUDICE

The Joint Motion to Approve Settlement and to Dismiss This Action with Prejudice is GRANTED and the Parties' Settlement Agreement is hereby APPROVED by the Court as a final, fair, adequate and reasonable resolution of this Action. Accordingly, the Court ORDERS that this case be dismissed with prejudice.

**IT IS ORDERED, THIS 26th DAY OF April, 2019.**


/s/Thomas W. Thrash
HONORABLE THOMAS W. THRASH
**UNITED STATES DISTRICT COURT JUDGE**